TO. COURT of Appeals Sixth Appellate District
State of TEXAS.

FILED IN
The Court of Appeals
Sixth District
APR 2 2 2015
Texarkana, Texas
Debra K. Autrey, Clerk

Appellate case # 06-14-00195-CR
Trial Case # F 13586

RECEIVED IN
The Court of Appeals
Sixth District
APR 2 2 2015
Texarkana, Texas
Debra Autrey, Clerk

To Chief Justice Josh R. Morriss, Justice Bailey C. Mosely, and Justice Ralph K. Burgess.

I'm trying to keep this as Professional as i can. I Recieved the Paper work from my attorney James P. Finstrom. Stating that he was resigning or withdrawing as council. On March 06, 2015 I Recieved a letter from Sixth Court of Appeals. Stating that there would be submission for briefs. I also recieved a few weeks before a letter saying, saying I had James P. Finstrom withdrawing as council and that I had a certain date to get an Extension. I put in a request to talk to my attorney Bart Craytor, asking him to talk to him. about helping me with the Paper work to file for an extension. What i'm trying to say is. I would have had a Extension or a Pro se response. I couldnt ~~find~~ file it on my own.

I'm asking the Appeals court to please grant me another chance to appeal. Reason being. I'm asking for mercy. I completed 4½ years on my Probated Sentence with no charges. Let me reprase that statement. It was 4½ to 4 years. I had problems paying at times. But I kept my nose clean. I hope this isnt considered all just hearsay.

IT is my freedom I'm talking about. For Record Sake. I reported im Person every time. Except im June, July, August of 2014. Before all of that I was on time, Never missed an appointment. I missed the mouths im 2014 because. I knew I was about to go to jail. I was getting my ducks in a row. If you will. I earned money to pay for my daugter. I Paid for her to stay with a family member. To break it down. I was making sure that She was well taking care of. I had medical problems. I got the medicationi needed. I'm saying this because. I strongly feel, that I deserve a reverse om this judgement. Evidence from lab came back negative. My 7 year Common law wife. Kimberli Huskey was aquited. I Know I wasnt Quility. But Never being in trouble. I took a Plea to get out of jail. I Put in a appeal to Kevin McCarten 3 times. I had a duty to be out to take care of my family. To Break it down. I'm asking for Mercy. State records show. That lab came back negative. Jackie Gleason former District attorney of Marion County and Captain Bob Gibson. They Knew i wasnt Quilty. Your Honors. I'm just asking for Mercy. a Sentence Reduced. I just want to be heard. I really didnt have much Choice at M.T.R. Court. Please respond back. I'm on bench- warrant im Titus County. My T.D.C.J. # is 1464273. I'm requesting a response back. I raised my Daughter most of her life by my self.

What I'm saying is. Being locked up. I cant take care of my responsability. That is finish raising my daughter. I apoligize for the run on letter. I couldnt get my attorney to file paper. That is the reason I didnt re spond. again I am apoligize for hand writting. This letter isnt from a attorney. I'm just. doing what I can do as a solo ~~individual~~ person. Please have mercy on a good man. God truly knows my innocence. I was ignor ant to the law. Took the plea knowing I wasnt quilty. I wanted out to raise my family. I want waste any more of yalls time. I'm trying to get an attorney. Its not easy getting one locked up. Thank you for your time. Or how can I get an application?

Thank you

Jerry mc neie